**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 02-7526**

————————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JAMES DARREN TAYLOR,

                              Defendant - Appellant.

————————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CR-94-40, CA-98-182-3-1-V)

————————————

Submitted:  April 24, 2003              Decided:  May 1, 2003

————————————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

————————————

Dismissed by unpublished per curiam opinion.

————————————

James Darren Taylor, Appellant Pro Se.  Gretchen C. F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Darren Taylor seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Taylor has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, ___ U.S. ___, 123 S. Ct. 1029 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2